## COMMERCIAL COAL MINING CO. v. LAMBERT.
(Decided April 1, 1914.)

APPEAL from Walker Circuit Court.

Heard before Hon. J. J. CURTIS.

L. M. SMITH, and L. D. GRAY, for appellant. GUNN & POWELL, for appellee.

ANDERSON, C. J.—For error of record the cause is reversed and remanded.

---

## EX PARTE BARR.
(Decided May 21, 1914.)

CERTIORARI to Court of Appeals.

TILLEY & ELMORE, for appellant. R. C. BRICKELL, Attorney General, and RUSHTON, WILLIAMS & CRENSHAW, for appellee.

Per curiam. Petition to review the judgment and decision of the Court of Appeals in the case of *Barr v. State*, 10 Ala. App. 111, 65 South. 197. Petition denied.

---

## EX PARTE BOLIN.
(Decided June 30, 1914.)

CERTIORARI to Court of Appeals.

CHENAULT & CHENAULT, for appellant. R. C. BRICKELL, Attorney General, for the State.

Per curiam. Petition to review the judgment and decision of the Court of Appeals in the case of *Bolin v. State*, 11 Ala. App. 35, 65 South. 433. Writ denied.

---

## EX PARTE FOX.
(Decided June 30, 1914.)

CERTIORARI to Court of Appeals.

M. C. SIVLEY, for appellant. GEORGE D. MOTLEY, for appellee.

Per curiam. Certiorari to review judgment and decision of the Court of Appeals in the case of *Fox v. Sampey*, 9 Ala. App. 561, 63 South. 769. Writ denied.